IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

STATE OF WISCONSIN,

    Plaintiff,

v.

JOHN D. JOHNSON, SR., et al.

    Defendants.

                              TEMPORARY RESTRAINING
                                        ORDER

                                      26-cv-401-wmc

_____

For reasons more fully articulated at this morning's telephonic hearing, at which all parties were represented by counsel, the court finds good cause for equitable relief pending the possible issuance of a preliminary injunction based upon: the submissions supporting the State of Wisconsin's motion for a temporary restraining order (dkt. #4); the responsive declarations of John Johnson, President of the Lac du Flambeau Band of Lake Superior Chippewa Indians (dkt. #12), and Hunter Mayo, the Band's Fish Hatchery Manager (dkt. #13); arguments of counsel; the still controlling Seventh Circuit's decision in *State of Wisconsin v. Baker*, 698 F.2d 1323 (7th Cir. 1982), holding that a tribal band lacked jurisdiction to restrict public fishing and hunting on navigable waters within the boundaries of a reservation, *id*. at 1333-36; defendants' failure to articulate a meaningful factual or legal distinction of this case from *Baker*; the imminent, irreparable denial of the fishing rights of non-members; and likely conflicts arising from the Band's expressed intent to try to restrict the fishing rights of non-members on the State's navigable waters.

Accordingly, IT IS ORDERED that defendants and their agents, officers, employees, successors and all persons acting in concert with each or any of them, are TEMPORARILY

RESTRAINED from enforcing the Lac du Flambeau Band of Lake Superior Chippewa Indians Tribal Council's Resolutions 8(26), 119(26), and 131(26) against any non-member of the Band until such time as this court rules on plaintiff's motion for preliminary injunction.

IT IS FURTHER ORDERED that pursuant to Fed. R. Civ. P. 65(c), plaintiff shall not be required to post a bond at this time.

Entered this 1st day of May, 2026.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

2