IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STATE OF WISCONSIN,

                    Plaintiff,

   v.

JOHN D. JOHNSON, SR., *et al.*,

                Defendants.

PRELIMINARY INJUNCTION

26-cv-401-wmc

---

The court issues this separate, written preliminary injunction in light of its Opinion and Order entered today.

IT IS ORDERED that defendants John Johnson, Sr., George Thompson, Jamie Allen, Gloria Cobb, William Mitchell, Sr., Katrina Mares, Shane Mitchell, Zachary Allen, Betty Lou Wayman, Stephanie Thompson, Sedwick Armstrong, Nadin Poupart, Hunter Mayo, Araia Breedlove, TJ Bill and Ryan Gauthier are PRELIMINARILY ENJOINED from enforcing the Lac du Flambeau Band of Lake Superior Chippewa Indians Tribal Council's Resolutions 8(26), 119(26), and 131(26), or any other resolution by the Band that purports to restrict non-member fishing rights on navigable waters during the pendency of this litigation.

Entered this 17th day of June, 2026.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge