IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STATE OF WISCONSIN,

      Plaintiff,

      v.                              Case No. 3:26-cv-00401-wmc

JOHN D. JOHNSON, SR., in his
official capacity as President of the
Lac du Flambeau Band of
Lake Superior Chippewa Indians, et al.,

      Defendants.

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants Tribal Council President John D. Johnson, Sr., Tribal Council Vice-President George Thompson, Tribal Council Secretary Jamie Allen, Tribal Council Treasurer Nadine Poupart, Tribal Council Member Gloria Cobb, Tribal Council Member William Mitchell, Sr., Tribal Council Member Katrina Mares, Tribal Council Member Shane Mitchell, Tribal Council Member Zachary Allen, Tribal Council Member Betty Lou Wayman, Tribal Council Member Stephanie Thompson, Tribal Council Member Sedwick Armstrong, Tribal Fish Hatchery Manager Hunter Mayo, Public Relations Director Araia Breedlove, Police Chief TJ Bill, and Chief Conservation Officer Ryan Gauthier (collectively "Defendants"), all in their respective official capacities, appeal to the United States Court of Appeals for the Seventh Circuit from the June 17, 2026 Order and Opinion (ECF No. 34) and Preliminary Injunction

(ECF No. 35) of the United States District Court for the Western District of Wisconsin

granting Plaintiff State of Wisconsin's motion for injunctive relief.

A docketing statement will be filed with the Court of Appeals pursuant to Circuit

Rules 3(c)(1) and 28(a).

Dated: July 17, 2026                    Respectfully submitted,


                                        /s/ Andrew Adams III
                                        Andrew Adams III (WI #1041779)
                                        Vanya S. Hogen (MN #023879X)
                                        Samantha Hermsen Sanchez (WI #1141570)
                                        Alexis Studler (MN #0505578)
                                        Hogen Adams PLLC
                                        2277 Hwy 36 W., Suite 270
                                        Saint Paul, MN 55113
                                        Phone: (651) 842-9100
                                        E-mail: aadams@hogenadams.com
                                                vhogen@hogenadams.com
                                                shermsensanchez@hogenadams.com
                                                astudler@hogenadams.com

                                        *Counsel for Defendants*

- 2 -